OCTOBER 7, 1963

No. 68027.—APPEAL 5125.—Sani Smoke, Inc. *v.* United States.—
C.A.D. 825.

OCTOBER 8, 1963

No. 62028.—APPEAL 5120.—Biddle Sawyer Corp. *v.* United States.—
—C.D. 2310 affirmed June 20, 1963.
C.A.D. 826.

BEFORE THE FIRST DIVISION, OCTOBER 14, 1963

No. 68029.—Ross Products, Inc. *v.* United States, protests 58/8463, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 68030.—The American Import Company et al. *v.* United States, protests 59/5317, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.